**STATE of Missouri,
Plaintiff/Respondent,**

v.

**Rod Gordon NELSON,
Defendant/Appellant.**

**No. 52872.**

Missouri Court of Appeals,
Eastern District,
Division One.

Jan. 15, 1991.

Dan J. Pingelton, Columbia, for defendant/appellant.

William L. Webster, Atty. Gen., Jared R. Cone, Asst. Atty. Gen., Jefferson City, for plaintiff/respondent.

**ORDER**

PER CURIAM.

Defendant appeals his felony conviction for selling marijuana.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).